

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

| | |
|---|---|
| Russell Scott Jones and Westex Notrees, LP, | * From the County Court at Law of Ector County, Trial Court No. CC-22,135 |
| Vs.   No. 11-12-00167-CV | * June 30, 2014 |
| R.O. Pomroy Equipment Rental, Inc. d/b/a Roper, Inc. | * Opinion by Willson, J. (Panel consists of: Wright, J., Willson, J., and Bailey, J.) |

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is modified to reflect that R.O. Pomroy Equipment Rental, Inc. d/b/a Roper, Inc. is entitled to recover prejudgment interest at the rate of 18% simple interest on the unpaid balance of $9,994.53 and is entitled to collect postjudgment interest at the rate of 18% from the date of the trial court's judgment until the judgment is paid in full.   As modified, the judgment of the trial court is affirmed.   The cause is remanded to the trial court for the calculation of the amount of prejudgment interest and for rendition of judgment in accordance with the opinion of this court.   The costs incurred by reason of this appeal are taxed against Russell Scott Jones and Westex Notrees, LP.